In re Ian D. SMITH.

No. 2012–1344.

United States Court of Appeals,
Federal Circuit.

Nov. 20, 2012.

John Louis Cordani, Carmody & Torrance LLP, of New Haven, Connecticut, argued for appellant. Of counsel was Fatima Lahnin.

Mary L. Kelly, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for Director of the United States Patent and Trademark Office. With her on the brief were Raymond T. Chen, Solicitor, and Frances M. Lynch, Associate Solicitor.

NEWMAN, LOURIE, and SCHALL, Circuit Judges.

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

In re CLASSEN
IMMUNOTHERAPIES, INC.

No. 2012–1141.

United States Court of Appeals,
Federal Circuit.

Nov. 20, 2012.

Joseph J. Zito, Zito Tlp, of Washington, DC, argued for appellant.

Nathan K. Kelley, Deputy Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Thomas W. Krause, Associate Solicitor.

NEWMAN, MOORE, and REYNA, Circuit Judges.

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.